Lowe *vs.* The State of Georgia.

---

JOHN LOWE, plaintff in error, *vs.* THE STATE OF GEORGIA, defendant in error.

1. An indictment for simple larceny in stealing two hogs at the same time and place, though alleging that one is the property of one person, and the other of another, covers but one transaction, and charges but one offense, and judgment thereon will not be arrested.

2. Proof that defendant stole one of the hogs is sufficient to convict under such an indictment.

Criminal law. Indictment. Before Judge WRIGHT. Dougherty Superior Court. April Term, 1876.

Reported in the opinion.

VASON & DAVIS, for plaintiff in error.

B. B. BOWER, solicitor general, for the state.

JACKSON, Judge.

The indictment alleged that the defendant stole two hogs belonging to different owners on the same day, and in the same county. He was found guilty and moved to arrest the judgment on the ground that two offenses were charged.

1. We think the indictment covers one transaction and charges but one offense, and is good—certainly good as against a motion to arrest the judgment after verdict.

2. The proof only justified the conviction for stealing one of the hogs. The penalty or punishment prescribed by the law, and inflicted by the judge, being the same whether one or both were stolen, the verdict is sustained by the evidence, and the motion for a new trial on this ground was properly overruled.

Judgment affirmed.